# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 2:03CR180-MEF-02 |
| Reunco Deshawndrick Lewis | ) USM No: 11394-002 |
| Date of Previous Judgment: 12/28/04 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  87  months **is reduced to**  71 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 25 | Amended Offense Level: | 23 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 100 to 125 months | Amended Guideline Range: | 84 to 105 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  12/28/04  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  8-26-08

Effective Date:  8-19-08
(if different from order date)

MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE
Printed name and title